**Thomas Dean ROTE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35114.**

Missouri Court of Appeals,
Western District.

March 6, 1984.
Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
May 1, 1984.

Jeffrey K. Rath, Asst. Public Defender, Columbia, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY, and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 27.26 motion to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).